SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2018 JUN 20 PM 12:52

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSEPH L. MELTON,

Defendant.

4:18CR3070

INDICTMENT
26 USC § 5841
26 USC §§ 5861(d) and (i)
26 USC § 5871

The Grand Jury charges that:

## COUNT I

On or about November 8, 2017, in the District of Nebraska, Defendant JOSEPH L. MELTON knowingly possessed a firearm, to wit: a Yankee Hill Machine Company Inc. silencer for .308 caliber firearms, serial number Ti3-12724, not registered to the Defendant in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT II

On or about November 8, 2017, in the District of Nebraska, Defendant JOSEPH L. MELTON knowingly possessed a firearm, to wit: a silencer marked with the company Leadfoot's logo, measuring approximately 7 ¾ inches in length and 1 ½ inches in diameter, not identified by a serial number as required by chapter 53 of Title 26, in violation of Title 26, United States Code, Sections 5861(i) and 5871.

A TRUE BILL.

_____
FOREPERSON

1

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

MATTHEW R. MOLSEN, #22693
Assistant United States Attorney